# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RAMON WILLIAMSON
ADC #143042                                                                             PETITIONER

VS.                          5:13CV000198 JMM/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                       RESPONDENT

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the United States District Judge, you must, at the same time that you file your written objections, include a "Statement of Necessity" that sets forth the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence to be proffered at the requested hearing before the United States District Judge was not offered at the hearing before the Magistrate Judge.

3. An offer of proof setting forth the details of any testimony or other evidence (including copies of any documents) desired to be introduced at the requested hearing before the United States District Judge.

From this submission, the United States District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Room A149
> Little Rock, AR 72201

## I. Background

Petitioner, Ramon Williamson, has filed a "Successive 2244(b) Habeas Corpus Petition." (Docket entry #1). He asserts an ineffective assistance of counsel

claim attacking his October 7, 2008 capital murder conviction in Pulaski County Circuit Court.

As Petitioner acknowledges in the caption of his Petition, this is a successive habeas action. In *Williamson v. Hobbs*, E.D. Ark. No. 5:12CV00115 JMM/JTR, he asserted various postconviction claims attacking the same capital murder conviction. On April 23, 2013, United States District Judge James M. Moody entered an Order and Judgment adopting this Court's Recommended Disposition, dismissing that case with prejudice.[1] *Id.* at docket entries #24, #30, and #31.

## II. Discussion

A claim presented in a second or successive § 2254 habeas petition must be dismissed unless the Petitioner can make a prima facie showing that he has satisfied the requirements of 28 U.S.C. § 2244(b)(2). However, that determination must be made by the Eighth Circuit Court of Appeals, not the United States District Court. See 28 U.S.C. § 2244(b)(3)(A)("Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application.").

---

[1] Judge Moody also denied Petitioner request for a Certificate of Appealability. It does not appear that Petitioner sought a Certificate of Appealability from the Eighth Circuit Court of Appeals.

Thus, in order to file a successive habeas action in this Court, Petitioner must first obtain authorization from the Eighth Circuit, pursuant to 28 U.S.C. § 2244(b)(3)(A). *See Pennington v. Norris*, 257 F.3d 857, 858 (8th Cir. 2001).

### III. Conclusion

IT IS THEREFORE RECOMMENDED THAT the Petition for a Writ of Habeas Corpus be DISMISSED, WITHOUT PREJUDICE, so that Petitioner may seek authorization from the Eighth Circuit to file a successive habeas petition. See 28 U.S.C. § 2244(b)(3)(A).

Dated this 3rd day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE