## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

RAMON WILLIAMSON
ADC #143042                                                                            PETITIONER

VS.                         5:13CV000198 JMM/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                      RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the habeas Petition (docket entry #1) is DISMISSED, WITHOUT PREJUDICE, so that Petitioner may seek authorization from the Eighth Circuit Court of Appeals to file a successive habeas petition.

Dated this 22nd day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE